AO 247 Amended WA,E (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: __CR-94-284-FVS__ |
| DARRYL E. JACKSON | ) | USM No: __08454-085__ |
| | ) | |
| Date of Previous Judgment: 6/28/1995 | ) | __Tracy Staab__ |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendants's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of __06/28/1995__ months **is reduced to** __credit for time__ served.

Except as provided above, all provisions of the judgment dated __06/28/1995__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __3/13/2008__                    __s/ Fred Van Sickle_____
                                                                    Judge's signature

Effective Date: __3/24/2008__          The Honorable Fred Van Sickle          Judge, U.S. District Court
(if different from order date)                          Printed name and title